**ARMCO STEEL CORPORATION et al., Movants,**

v.

**Donald KOUNS and Workmen's Compensation Board of Kentucky, Respondents.**

Supreme Court of Kentucky.

Nov. 21, 1978.

Howard VanAntwerp, III, Ashland, Gemma M. Harding, Dept. of Labor, Louisville, for movants.

Robert L. Catlett, Jr., Louisville, for respondents.

## OPINION AND ORDER

The motion of Armco Steel Corporation, et al., for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered December 9, 1977, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in

light of this court's opinion in *Transport Motor Express, Inc. v. Finn*, Ky., 574 S.W.2d 277, rendered September 19, 1978.

All concur.